**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SEAN THORNTON,

    Plaintiff,

v.                                            Case No: 8:11-cv-2765-T-30TGW

CITY OF ST. PETERSBURG, FLORIDA
and JAMES DEAN LARGE,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #40).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of October, 2012.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2765 dismiss 40.docx